FILED

08/07/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

IN THE SUPREME COURT OF THE STATE OF MONTANA

---

No. DA 24-0141

**IN THE MATTER OF G.F.S., I.L.S-B., AND T.R.S.,**

Youths in Need of Care.

---

**ORDER**

---

Upon consideration of Appellant's motion for extension of time, without objection, and good cause appearing,

IT IS HEREBY ORDERED that Appellant is granted an extension of time to and including August 16, 2024, within which to prepare, file, and serve Appellant's reply brief on appeal.

No further extensions will be granted.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
August 7 2024